IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MERLIN LKENT WILLIAMS, also
known as Merlin Kent Williams**                                                       **PETITIONER**

v.                                                                                                   CAUSE NO. 1:20cv286-LG-RPM

**BURL CAIN, Commissioner**                                                         **RESPONDENT**

### ORDER

Upon consideration of the [41] Motion to proceed *in forma pauperis* on appeal to the United States Court of Appeals for the Fifth Circuit filed by the petitioner in the above-entitled action, the court notes that the petitioner failed to complete the appropriate application to proceed *in forma pauperis*.  Accordingly, it is hereby ORDERED:

1.  That within fifteen days of the entry of this order, petitioner shall file a completed application for leave to proceed *in forma pauperis* on appeal or pay the required appeal filing fee of $505.

2.  The Clerk shall mail the attached *in forma pauperis* application to the petitioner at his last known address.

 Failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the petitioner and may result in the denial of *in forma pauperis* status or the dismissal of this appeal.

**SO ORDERED AND ADJUDGED** this the 27th day of June, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

Form 4 of Federal Rules of Appellate Procedure

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

                                                       Plaintiff

v.                                      CIVIL ACTION NO. _____
                                                  **APPEAL NO.** _____

                                                       Defendant

## MOTION TO PROCEED *IN FORMA PAUPERIS*

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

Signed:_____    Date:_____

---

**INSTRUCTIONS**
**Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with you name, your case's docket number, and the question number.**

## AFFIDAVIT  IN  SUPPORT  OF  MOTION

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them.  I believe I am entitled to redress.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.  (28 U.S.C. §1746; 18 U.S.C. §1621)

Signed:_____
       Date:_____

My issues on appeal are:
_____
_____
_____
_____.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

   | Income source: | Average monthly amount during the past 12 months<br>You | Amount expected next month<br>You |
   |---|---|---|
   | Employment | $_____ | $_____ |
   | Self-employment | $_____ | $_____ |
   | Income from real property such as rental income) | $_____ | $_____ |
   | Interest and dividends | $_____ | $_____ |
   | Gifts | $_____ | $_____ |
   | Alimony | $_____ | $_____ |
   | Child support | $_____ | $_____ |
   | Retirement (such as social security pensions, annuities, insurance) | $_____ | $_____ |
   | Disability (such as social security insurance payments) | $_____ | $_____ |
   | Unemployment payments | $_____ | $_____ |
   | Public-assistance (such as welfare) | $_____ | $_____ |
   | Other (specify): _____ | $_____ | $_____ |
   | Total monthly income: | $_____ | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

   | EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
   |---|---|---|---|
   |  |  |  |  |
   |  |  |  |  |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| FINANCIAL INSTITUTION | TYPE OF ACCOUNT | AMOUNT YOU HAVE | AMOUNT YOUR SPOUSE HAS |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| HOME           (VALUE) | OTHER REAL ESTATE    (VALUE) | OTHER ASSETS          (VALUE) |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

MOTOR VEHICLE # 1          VALUE: _____          MAKE & YEAR: _____
                                                                                                      MODEL: _____
                                                                                            REGISTRATION #: _____

  MOTOR VEHICLE # 2  VALUE: _____  MAKE & YEAR: _____
                                  MODEL: _____
                               REGISTRATION #: _____

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| PERSON OWING YOU OR YOUR SPOUSE MONEY | AMOUNT OWED TO YOU | AMOUNT OWED TO YOUR SPOUSE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7.  State the persons who rely on you or your spouse for support.

| NAME | RELATIONSHIP | AGE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? |  | [ ] Yes [ ] No |
| Is property insurance included? |  | [ ] Yes [ ] No |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or | $_____ | $_____ |

        included in Mortgage payments)  
        Homeowner's or renter's      $_____    $_____  
        Life      $_____    $_____  
        Health      $_____    $_____  
        Motor Vehicle      $_____    $_____  
    Other: _____      $_____    $_____  
    Taxes (not deducted from wages or      $_____    $_____  
        included in Mortgage payments)  
        (specify): _____  
    Installment payments      $_____    $_____  
     Motor Vehicle      $_____    $_____  
      Credit card (name): _____      $_____    $_____  
      Department store (name): _____      $_____    $_____  
      Other: _____      $_____    $_____  
    Alimony, maintenance, and support      $_____    $_____  
      paid to others  
    Regular expenses for operation of      $_____    $_____  
      business, profession, or farm  
      (attach detailed statement)  
    Other (specify): _____      $_____    $_____  
     Total monthly expenses:      $_____    $_____

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    [ ] Yes [ ] No If yes, describe on an attached sheet.

10. Have you spent--or will you be spending-- any money for expenses or attorney fees in connection with this lawsuit?  [ ]Yes   [ ] No

    If yes, how much? $_____

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12. State the city and state of your legal residence.
    _____

    Your daytime phone number: ___ _____

    Your age: _____ Your years of schooling: _____

    Last four digits of your social-security number: _____

    Signed under penalty of perjury: _____
    Date: _____

----------MUST BE COMPLETED BY PLAINTIFF---------
Authorization for Release of Institutional Account Information and
Payment of the Appeal Filing Fee

I, _____, _____
   (Name of Plaintiff)                (Prisoner Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the appeal filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____
(Signature of Plaintiff)

_____
(Date)

> IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
_____.

I further certify that during the last six (6) months the plaintiff's average monthly **balance** was $_____.

I further certify that during the last six (6) months the plaintiff's average monthly **deposit** was $_____.

_____      _____
TELEPHONE NUMBER            AUTHORIZED OFFICER OF INSTITUTION
OF OFFICER FOR VERIFICATION

                            _____
                            PRINT NAME OF AUTHORIZED OFFICER

_____
DATE                        RETURN COMPLETED FORM TO:
                               U. S. DISTRICT CLERK
                               501 E. Court Street, Suite 2.500
                               Jackson, Mississippi 39201